UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

Katie (Cushing) Sherman
*Plaintiff*

v.                                    Case No. 5:15-cv-157

Barre Supervisory Union, and
Barre Town School District
*Defendants*

## STIPULATION OF DISMISSAL

The parties stipulate that this matter may be dismissed with prejudice pursuant, and subject to, the parties' January 5, 2016 Settlement Agreement and F.R.Civ.P. 41(a)(1). Each side shall bear its own costs and fees except as set forth in the Settlement Agreement.

January 20, 2016        Katie Sherman
                        Plaintiff

              By:  _____
                   Ronald A. Shems
                   ras@diamond-robinson.com

                   Joshua R. Diamond
                   jrd@diamond-robinson.com

                   Diamond & Robinson, P.C.
                   *Attorneys for the Plaintiff*
                   P.O. Box 1460
                   15 East State Street
                   Montpelier, VT 05601-1460
                   802.223.6166 x 20
                   802.224.6245 (cell)

January 7, 2016

                      Barre Town School District
                      Barre Supervisory Union

By: _____
                      Sean M. Toohey, Esq.
                      LYNN, LYNN, BLACKMAN & MANITSKY, P.C.
                      *Attorneys for the Defendants*
                      76 St. Paul Street, Suite 400
                      Burlington, VT 05401
                      stoohey@lynnlawvt.com
                      (802) 860-1500

So ORDERED on _____, 2016

_____
U.S. District Judge